IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HILTON LAWRENCE BROWN,                No. C-09-1750 TEH (PR)

       Plaintiff,

    v.

INTERNAL REVENUE SERVICE, et. al.,    ORDER OF DISMISSAL

       Defendant(s).
_____/

       Plaintiff, a prisoner at Pelican Bay State Prison in Crescent City, California, and frequent litigant in federal court, has filed a pro se civil rights complaint under 42 U.S.C. section 1983.  Plaintiff also seeks to proceed in forma pauperis under 28 U.S.C. section 1915.  Doc. #5.

       The Prison Litigation Reform Act of 1995 ("PLRA"), which was enacted, and became effective, on April 26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. section 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was

1  dismissed on the grounds that it is frivolous, malicious, or fails
2  to state a claim upon which relief may be granted, unless the
3  prisoner is under imminent danger of serious physical injury."  28
4  U.S.C. § 1915(g).  "Section 1915(g)'s cap on prior dismissed claims
5  applies to claims dismissed both before and after the [PLRA's]
6  effective date."  Tierney v. Kupers, 128 F.3d 1310, 1312 (9th Cir.
7  1997).

    Plaintiff has had three or more prior prisoner actions dismissed by this court on the grounds that they are frivolous, malicious, or fail to state a claim upon which relief may be granted.  See, e.g., Brown v. Pelican Bay Institution, No. C 99-1840 TEH; Brown v. Cambra, No. C 96-429 DLJ; Brown v. Gomez, No. C 96-728 DLJ; Brown v. Marshall, No. C 94-3942 DLJ.

    Because Plaintiff has had these three or more prior dismissals and he is not under imminent danger of serious physical injury, leave to proceed in forma pauperis is DENIED.  This action is DISMISSED without prejudice to Plaintiff filing a new Complaint accompanied by the full filing fee.  The Clerk is directed to terminate any pending motions as moot and close the file.

    IT IS SO ORDERED.

DATED   06/08/09                _____
                                THELTON E. HENDERSON
                                United States District Judge

G:\PRO-SE\TEH\CR.09\Brown-09-1750-dismissal.wpd